UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 09CR0380-MJL |
| Plaintiff, | ) |
| v | ) ORDER TO |
| JOSE LLAMAS-VALDEZ, | ) CONTINUE SENTENCING HEARING |
| Defendant. | ) |

Good cause appearing, **IT IS HEREBY ORDERED**, that the sentencing hearing set for March 23, 2009 at 2:00 p.m. be continued until April 13, 2009 at 2:00 p.m.

**SO ORDERED.**

DATED: February 26, 2009

_____
M. James Lorenz
United States District Court Judge